IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for Philip Ameris, and Paul V. Scabilloni, trustees ad litem, Laborers' District Council of Western Pennsylvania Welfare and Pension Funds, Western Pennsylvania Heavy & Highway Construction Advancement Fund, and the Laborers' District Council of Western Pennsylvania and its affiliated local unions,<br><br>Plaintiffs,<br><br>v.<br><br>INSULATION COATINGS & CONSULTANTS, LLC a/k/a INSULATION COATINGS & CHARLES C. SORCE,<br><br>Defendants,<br><br>NORTHWEST BANK, EVANS BANK N.A. & FIRST NATIONAL BANK OF PENNSYLVANIA,<br><br>Garnishees. | Civil Action No. 2:20-cv-01402-NR |

**PRAECIPE TO SATISY JUDGMENT AGAINST GARNISHEE**

TO: CLERK OF COURTS

Kindly satisfy the judgment against Garnishee, First National Bank of Pennsylvania, in the above referenced matter.

Date:  May 10, 2022                     Respectfully submitted,

                                        GOEHRING RUTTER & BOEHM


                                        By:   s/David L. Scherer
                                            Jessica L. Crown, Esquire
                                            David L. Scherer, Esquire
                                            Frick Building
                                            437 Grant Street, 14th Floor
                                            Pittsburgh, PA  15219
                                            Telephone:  (412) 281-0587
                                            Facsimile:  (412) 281-2971
                                            *(Counsel for Plaintiffs)*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Praecipe to Satisfy Judgment was served by first class, U.S. Mail, this 10th day of May, 2022, upon the following:

First National Bank of Pennsylvania
c/o Justin Simeon, Paralegal
3015 Gilmacher Blvd.
Hermitage, PA 16148

Charles C. Sorce
9008 Kidder Road
Sherman, NY 14781

By:   s/David L. Scherer